# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143432(47)

CHARLES MORRIS,
        Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
        Defendant-Appellee,

and

AAA OF MICHIGAN,
        Defendant.

_____/

SC: 143432
COA: 296343
Wayne CC: 08-121147-CK

On order of the Court, the motion for reconsideration of this Court's November 23, 2011 order is considered, and it is GRANTED. We VACATE that part of our November 23, 2011 order that denied leave to appeal. On reconsideration, the application for leave to appeal the April 21, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Harris v ACIA* (Docket No. 144579) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2012
_____

_____
Clerk

d0530